1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister, Jr., Esq., SBN 111282
   Mark Potter, Esq., SBN 166317
3  Phyl Grace, Esq., SBN 171771
   Dennis Price, SBN 279082
4  <u>Mail</u>: PO Box 262490
   San Diego, CA 92196-2490
5  <u>Delivery</u>: 9845 Erma Road, Suite 300
   San Diego, CA 92131
6  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raul Uriarte-Limon**, <br><br>        Plaintiff, <br><br> v. <br><br> **Glenn A. Smith,** in his individual and representative capacity as trustee of the Glenn A. Smith and Patricia A. Smith Family Trust; **Patricia A. Smith,** in her individual and representative capacity as trustee of the Glenn A. Smith and Patricia A. Smith Family Trust; **Western Fuel Group, Inc.,** a California Corporation, <br><br>        Defendants. | **Case:** 2:16-CV-00713-FFM <br><br> **NOTICE OF ACCEPTANCE (FRCP, Rule 68)** <br><br> Complaint Filed: February 2, 2016 <br> Trial: February 14, 2017 |

    PLEASE TAKE NOTICE that Plaintiff accepts Defendant Western Fuel Group, Inc., a California Corporation's Offer of Judgment, dated April 22, 2016, made pursuant to Federal Rules of Civil Procedure, Rule 68. Defendant's Offer of Judgment dated April 22, 2016 is attached as "Exhibit 1."

//

//

1

2  Dated: April 26, 2016          CENTER FOR DISABILITY ACCESS

3

                                By:   /s/Phyl Grace

4                                      Phyl Grace, Esq.
                                      Attorneys for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28