Martin R. Fox (State Bar No. 155783)
  mfox@bleaufox.com
Troy M. Mueller (State Bar No. 284535)
  tmueller@bleaufox.com
BLEAU FOX, a PLC
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>          Plaintiff,<br><br>vs.<br><br>GLENN A. SMITH, in his individual capacity and representative as trustee of the Glenn A. Smith and Patricia A. Smith Family Trust; PATRICIA A. SMITH, in her individual capacity and representative capacity as trustee of the Glenn A. Smith and Patricia A. Smith Family Trust; WESTERN FUEL GROUP, INC., a California Corporation; and DOES 1-10<br><br>          Defendants. | Case No. 2:16-cv-00713-FFM<br><br>**DEFENDANT, WESTERN FUEL GROUP, INC.'S OFFER OF JUDGMENT**<br><br>[Fed. R. Civ. P. 68]<br><br>Honorable Judge Fernando M. Olguin<br>Courtroom 22- Spring |

TO PLAINTIFF, RAUL URIARTE-LIMON AND ITS COUNSEL OF RECORD:

In accordance with subdivision (a) of Rule 68 of the Federal Rules of Civil Procedure, Defendant, Western Fuel Group, Inc. ("WFG") hereby offers through its counsel of record to allow judgment to be taken in favor of Plaintiff, Raul Uriarte-Limon ("RUL") and an award to be entered in accordance with the terms and conditions set forth below:

1. The clerk will enter judgment in favor of RUL and against WFG on RUL's first claim for violation of the Americans with Disabilities Act and second claim for violation of the Unruh Civil Rights Act.

2. WFG will pay RUL the sum of $4,000. Additionally WFG will pay RUL's reasonable costs and reasonable attorneys' fees pursuant to statute in an amount to be determined by the court, upon RUL's timely motion.

3. WFG will provide a transaction counter which meets the height, length, and depth requirements of the Americans with Disabilities Act and California Unruh Civil Rights Act at the gas station located at 6580 N. Paramount Blvd., Long Beach, California in a timely manner.

4. RUL will dismiss with prejudice all of its claims against Defendants, GLENN A. SMITH, in his individual capacity and representative as trustee of the Glenn A. Smith and Patricia A. Smith Family Trust; PATRICIA A. SMITH, in her individual capacity and representative capacity as trustee of the Glenn A. Smith and Patricia A. Smith Family Trust.

1  Please be advised that in accordance with Rule 68, this offer will be
2 considered unaccepted and withdrawn unless, within 14 days after being
3 served with this offer, WFG serves written notice accepting the offer.
4 Furthermore, evidence of this offer is not admissible except in a proceeding
5 to determine costs. Fed. R. Civ. P. 68(b). If the offer is unaccepted and
6 RUL obtains a judgment that is not more favorable that the unaccepted
7 offer, RUL must pay the costs incurred after the offer was made. Fed. R.
8 Civ. P. 68(d).

10 Dated: April 22, 2016

TROY M. MUELLER
BLEAU FOX, a PLC

By: _____
Martin R. Fox
Troy M. Mueller

Attorneys for Defendants

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3575 Cahuenga Boulevard West, Suite 580, Los Angeles, California 90068.

On April 22, 2016, I served the foregoing document(s) described as **DEFENDANT, WESTERN FUEL GROUP, INC.'S OFFER OF JUDGMENT** on the interested parties to this action who are listed on the attached Service List.

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope(s) and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing affidavit.

☐ **BY HAND:** By delivering a true copy thereof in sealed envelopes to the office of the parties listed on the attached Service List.

☒ **BY EMAIL:** By transmitting a true copy thereof via email to the offices of the parties listed on the attached Service List.

☐ **BY OVERNIGHT (FEDEX):** By placing a true copy thereof in sealed envelope(s) and causing them to be collected for UPS delivery. The envelope(s) were sent with UPS fees therefore fully paid, with written instructions for "next-day" delivery.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge.

Executed on April 22, 2016 at Los Angeles, California.

Troy M. Mueller

# SERVICE LIST

CENTER FOR DISABILITY ACCESS
Ray Ballister (SBN 111282)
Mark Potter (SBN 166317)
Phyl Grace (SBN 171771)
Dennis Price (SBN 279082)

9845 Erma Road, Suite 300
San Diego, California 92131

*and*

P.O. Box 262490
San Diego, California 92196-2490

Telephone: (858) 375-7385
Facsimile: (888) 422-5191

Attorneys for Plaintiff