JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, | NO. CV 16-0713 FMO (FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GLENN A. SMITH, et al., | |
| Defendant(s). | |

Having reviewed defendant Western Fuel Group, Inc.'s ("WFG") Offer of Judgment (Dkt. 21-1) and plaintiff Raul Uriarte-Limon's ("Uriarte-Limon") Notice of Acceptance (Dkt. 21), IT IS HEREBY ADJUDGED THAT:

1. Judgment should be entered in favor of Uriarte-Limon and against WFG on Uriarte-Limon's first claim for a violation of the Americans with Disabilities Act ("ADA") and second claim for violation of the Unruh Civil Rights Act ("Unruh Act").

2. WFG will pay Uriarte-Limon the sum of $4,000.

3. WFG will provide a transaction counter which meets the height, length, and depth requirements of the ADA and the Unruh Act at the gas station located at 6580 N. Paramount Blvd., Long Beach, California in a timely manner.

1       4.  All claims against defendants Glenn A. Smith and Patricia A. Smith, in their individual
2  capacities and in their representative capacities as trustees of the Glenn A. Smith and Patricia A.
3  Smith Family Trust, are dismissed with prejudice.

5  Dated this 28th day of April, 2016.

                                              /s/
                              Fernando M. Olguin
                         United States District Judge