# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, <br><br> Plaintiff, <br><br> v. <br><br> GLENN A. SMITH, et al., <br><br> Defendants. | Case No. CV 16-0713 FMO (PLAx) <br><br> **JUDGMENT Re: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Motion for Attorney's Fees, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that defendant Western Fuel Group, Inc. shall pay plaintiff Raul Uriarte-Limon's attorney's fees in the amount of **$9,017.50** and costs in the amount of **$732.50.**

Dated this 3rd day of January, 2018

/s/
Fernando M. Olguin
United States District Judge